1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   MILLER NORMAN,                          No. CIV S-10-1344-CMK-P

12              Plaintiff,

13        vs.                                ORDER TO SHOW CAUSE

14   WALKER, et al.,

15              Defendants.

16   _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28

19   U.S.C. § 636(c) and no other party has been served or appeared in the action.

20              On November 1, 2010, the court directed plaintiff to file an amended complaint

21   within 30 days.  Plaintiff was warned that failure to file an amended complaint may result in

22   dismissal of this action for lack of prosecution and failure to comply with court rules and orders.

23   See Local Rule 110.  To date, plaintiff has not filed an amended complaint.

24              Plaintiff shall show cause in writing, within 30 days of the date of this order, why

25   this action should not be dismissed for failure to file an amended complaint.  Plaintiff is again

26   / / /

1

warned that failure to respond to this order may result in dismissal of the action for the reasons outlined above, as well as for failure to prosecute and comply with court rules and orders.  See id.

IT IS SO ORDERED.

DATED: December 29, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE